No. 26-1343

**IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT**

State of Nevada *ex rel.* Nevada Gaming Control Board,

*Plaintiff-Appellee,*

v.

Blockratize Inc. d/b/a Polymarket; QCX LLC d/b/a Polymarket US; Adventure One QSS Inc. d/b/a Polymarket,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Nevada
(Hon. Miranda Du)
No. 3:26-cv-00089

**DEFENDANTS-APPELLANTS BLOCKRATIZE INC. D/B/A POLYMARKET; QCX LLC D/B/A POLYMARKET US; ADVENTURE ONE QSS INC. D/B/A POLYMARKET
INDEX TO APPENDIX**

Mark A. Hutchison
Joseph C. Reynolds
HUTCHISON & STEFFEN, PLLC
100 West Liberty Street, Suite 765
Reno, Nevada 89501
Telephone: 775.853.8746
mhutchison@hutchlegal.com

Adam P. Laxalt
COOPER & KIRK, PLLC
1523 New Hampshire Avenue NW
Washington, D.C. 20036
Telephone: 202.220.9600
alaxalt@cooperkirk.com

Thomas H. Dupree Jr.
Jacob T. Spencer
Adam I. Steene
GIBSON, DUNN & CRUTCHER LLP
1700 M Street NW
Washington, D.C. 20036
Telephone: 202.955.8500
tdupree@gibsondunn.com

Orin Snyder
Matthew Benjamin
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com

*Attorneys for Defendants-Appellants*

# INDEX

**Page**

**Volume 1**

Order Denying Defendant's Motion for Stay Pending Appeal
    Dist. Ct. Doc. 53 (filed March 12, 2026)……………………………………1App2

Order Granting Stipulation Modifying Briefing Schedule on Defendants'
    Motion to Stay Pending Appeal
    Dist. Ct. Doc. 47 (filed March 4, 2026)…………………………………….1App8

District of Nevada Remand Order
    Dist. Ct. Doc. 41 (filed March 2, 2026)……………………………….....1App14

Order Granting Second Stipulation to Extend Ex Parte TRO Pending
    Resolution of Plaintiff's Motion to Remand
    Dist. Ct. Doc. 38 (filed February 26, 2026)…………………………….....1App25

Order Granting Stipulation Modifying Briefing Schedule on Plaintiff's Motion to
    Remand
    Dist. Ct. Doc. 23 (filed February 19, 2026)……………………………...1App30

**Volume 2**

Defendants' Reply in Support of Motion for Stay Pending Appeal
    Dist. Ct. Doc. 52 (filed March 9, 2026) ......................................................2App36

Plaintiff's Opposition to Defendants' Motion for Stay Pending Appeal
    Dist. Ct. Doc. 50 (filed March 6, 2026) ......................................................2App51

Defendants' Motion for Stay Pending Appeal
    Dist. Ct. Doc. 46 (filed March 3, 2026) ......................................................2App70

Transcript of Hearing on Plaintiff's Motion to Remand
    Dist. Ct. Doc. 36 (filed February 24, 2026) ................................................2App90

State Plaintiff's Reply in Support of Motion to Remand
    Dist. Ct. Doc. 20 (filed February 18, 2026)................................................2App140

Amicus Brief of CFTC, *N. Am. Derivatives Exch., Inc. v. Nevada*, No. 25-7187
 (9th Cir. Feb. 17, 2026)..................................................................2App154

Defendants' Opposition to Plaintiffs' Motion to Remand
 Dist. Ct. Doc. 15 (filed February 13, 2026)................................................2App199

State Plaintiff's Motion to Remand
 Dist. Ct. Doc. 7 (filed February 9, 2026)......................................................2App230

Exhibit 1 to State Plaintiff's Motion to Remand
 Dist. Ct. Doc. 7-1 (filed February 9, 2026) ................................................2App250

Notice of Supplemental Authority Regarding CFTC's Motion to File Amicus
 Curiae Brief
 Dist. Ct. Doc. 3 (filed February 5, 2026)....................................................2App257

Exhibit A to Notice of Supplemental Authority – CFTC's Unopposed Motion for
 Leave to File Amicus Curiae Brief, *N. Am. Derivatives Exchange, Inc. v. State
 of Nevada*, No. 25-7187 (9th Cir. Feb. 5, 2026)
 Dist. Ct. Doc. 3-1 (filed February 5, 2026) ................................................2App263

## Volume 3

Notice of Removal
 Dist. Ct. Doc. 1 (filed February 5, 2026).................................................... 3App272

Exhibit A to Notice of Removal – Notice of Filing of Notice of Removal
 Dist. Ct. Doc. 1-2 (filed February 5, 2026) ................................................3App290

Exhibit B to Notice of Removal – State Court Complaint
 Dist. Ct. Doc. 1-3 (filed February 5, 2026) ................................................3App296

Exhibit C to Notice of Removal – Other State Court Pleadings
 Dist. Ct. Doc. 1-4 (filed February 5, 2026) ...............................................3App312

Exhibit D to Notice of Removal – Waiver of Service
 Dist. Ct. Doc. 1-5 (filed February 5, 2026) ................................................3App387

State Defendants' Opposition to Temporary Restraining Order and Countermotion
 *KalshiEX, LLC v. Hendrick*, No. 2:25-cv-00575 (D. Nev. Apr. 4, 2025),
 Doc. No. 34...............................................................................................3App391

Notice of Appeal
   Dist. Ct. Doc. 45 (filed March 3, 2026) ................................................... 3App416

District of Nevada Docket Sheet ..................................................................... 3App423